UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL FERNANDEZ,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2020____

18 Cr. 689-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The document having been inadvertently filed in this case, it is hereby ORDERED that ECF No. 67 be stricken from the docket.

SO ORDERED.

Dated: April 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge