UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL FERNANDEZ,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/2/2023____

18 Cr. 689-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for March 14, 2023, is ADJOURNED to **March 21, 2023**, at **2:00 p.m.**

    SO ORDERED.

Dated: March 2, 2023
       New York, New York

ANALISA TORRES
United States District Judge